199 So. 911

**John D. KEMP v. STATE.**

6 Div. 681.

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

199 So. 911

**Emmett KENDRICK v. STATE.**

4 Div. 592.

Court of Appeals of Alabama.

Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

195 So. 909

**Curry KENNEDY v. STATE.**

7 Div. 552.

Court of Appeals of Alabama.

April 2, 1940.

Jas. L. Carter, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed on motion of appellant.

196 So. 904

**Andrew KENNEMER v. STATE.**

8 Div. 943.

Court of Appeals of Alabama.

June 18, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

193 So. 888

**Earline KILBURN v. STATE.**

8 Div. 831.

Court of Appeals of Alabama.

Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.